EMELINE LANE, *Executrix, Proponent, v.* HENRY F. LANE, *Contestant.*— Motion for new trial denied, with costs. Mem. by LEARNED, P. J.; BOCKES, J., dissenting.

GEORGE JACKSON and another, *Respondents, v.* HORACE D. TUPPER and others, *Appellants.* — Order affirmed, with ten dollars costs and printing disbursements.

JANE BERRY, *Plaintiff, v.* THE VILLAGE OF WATKINS, *Defendant.* Motion for a new trial denied. Judgment ordered for plaintiff on verdict, with costs.

HARVEY J. CADY, *Appellant, v.* CHARLES H. WHEELER and another, *Respondents.* — Judgment affirmed, with costs.

HARRIET A. TRACY, *Respondent, v.* ALVAH H. QUIGLEY, *Appellant.* Judgment and order affirmed, with costs.

THE FIRST NATIONAL BANK OF GROTON *v.* WILSON HALLADAY and another. — Motion for new trial denied, and judgment ordered for defendant on verdict, with costs.

GILBERT HOLMES, *Respondent, v.* FREDERICK J. NODINE, *Appellant.* Judgment modified by deducting thirty-seven dollars as of time of entering, and as modified affirmed, without costs. Opinion by BOCKES, J.; LEARNED, P. J., dissents.

* JARED BURCHARD and others, *Respondents, v.* REUBEN HALE, *Appellant.* — Order reversed, with ten dollars costs and printing disbursements, and motion granted with ten dollars costs. Opinion by BOCKES, J.

MATTER OF THE WATER COMMISSIONERS OF AMSTERDAM, *Respondents, v.* JOHN C. CLEMENT and others, *Appellants.* — Order affirmed, with costs on appeal from judgment. Opinion by BOCKES, J., and by LEARNED, P. J., dissenting.

THOMAS B. HOLCOMB, *as Administrator, etc., Respondent, v.* FRIEND H. HOLCOMB, *Appellant.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.

ALEXANDER M. HOLMES, *Respondent, v.* D. SACKETT MOORE, *as Administrator, etc., Appellant.*—Four cases; judgment affirmed, in each, with costs. Order appealed from affirmed, with ten dollars costs and printing disbursements in each. Opinion by BOCKES, J.

ELIZA ANN LONGENDYKE and another, *Respondents, v.* CHARLES ANDERSON, *Appellant.*—Judgment affirmed, with costs. Opinion by BOARDMAN, J.

ISAAC L. SEYMOUR, *Appellant, v.* HENRY M. DAVIDSON, *Respondent.*— Judgment and order affirmed, with costs. Opinion by BOCKES, J.

---

* Decision in this and the following cases, to end of memoranda, handed down July, 1883.